Paul Pflumm (006912002)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Hussan A. Kazmi,<br><br>                Debtor. | Case No.: 23-21114-ABA<br>Adv. No. 25-1024<br>Chapter 7<br>Honorable Andrew B. Altenburg, Jr. |
| Joseph D. Marchand, Chapter 7 Trustee,<br>                Plaintiff<br>v.<br><br>Farkhanda Kazmi, Zan A. Kazmi, Evergreen Wholesale Inc., and Kazmi Enterprises, Inc.<br>                Defendants. | **Notice of Motion Pursuant to D.N.J. LBR 9019-2(a)(3) & (j) for a Determination That Mediation Should Not Proceed Due to Debtor's, and/or Debtor's Attorney's, Failure to Participate in Good Faith, and for Lifting the Stay of Discovery Against Debtor While Mediation Proceeds Among the Other Parties** |
| Farkhanda Kazmi and Zan A. Kazmi,<br>                Counterclaimants,<br>v.<br><br>Joseph D. Marchand, Chapter 7 Trustee,<br>                CounterDefendant. | |
| Farkhanda Kazmi and Zan A. Kazmi,<br>                Crossclaimants,<br>v.<br><br>Evergreen Wholesale Inc., and Kazmi Enterprises, Inc.,<br>                Crossclaim Defendant. | |

|   |
|---|
| Farkhanda Kazmi and Zan A. Kazmi,<br>　　　　　Third Party Plaintiffs.<br>v.<br><br>Hussan A. Kazmi, and Kazmi Enterprises, Inc., HUSSAN A. KAZMI, Chapter 7 Debtor, JOHN DOES 1-10, JANE DOES 1-10, ABC CORPS 1-10., and XYZ LLCs 1-10,<br>　　　　　Third-Party Defendants. |

TO:　ALL PARTIES ON THE SERVICE LIST

Joseph D. Marchand, Trustee has filed papers with the court to [relief sought in motion or objection]. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to order the requested relief, or if you want the court to consider your views on the motion, then on or before November 25, 2025, you or your attorney must File with the court a written response, explaining your position at:

> US Bankruptcy Court,
> District of New Jersey
> PO Box 2067
> Camden, NJ 08101

If you mail your response, to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

> Paul Pflumm
> McDOWELL LAW, PC
> 46 W. Main Street
> Maple Shade, NJ 08052

Attend the hearing scheduled to be held on December 2, 2025, at 10:00 a.m. in

Courtroom 4B, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                        McDOWELL LAW, PC

DATED:  November 13, 2025                        BY: /s/ *Paul Pflumm*

                                                        Paul Pflumm

## SERVICE LIST

Umar A. Sheikh
Offit Kurman
590 Madison Ave.
6th floor
New York, NY, 10022
Counsel for the Debtor

Joseph M. Shapiro, Esq.
Middlebrooks Shapiro, P.C.
841 Mountain Ave., First Floor
Springfield, NJ  07081
Counsel for Farkhanda Kazmi and Zan Kazmi

Jeffrey Heldman, Esquire
Vazquez Heldman LLC
18 Hook Mtn. Rd., Suite 201
Pine Brook, NJ  07058
Counsel for Evergreen Wholesale, Inc. and
Kazmi Enterprises, Inc.